IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YOLANDA PACHECO | § | |
| | § | |
| VS. | § | C.A. No. 5:23-cv-00035 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C. | § | |
| AND JOHN DOE | § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO FILE FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiff in the above styled and numbered cause and moves the Court for leave to file the attached First Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and would respectfully show the Court as follows:

This case involves allegations by Plaintiff that she was injured on or about March 3, 2021, at the Defendant's Wal-Mart Supercenter Store #3518 located at 2320 Bob Bullock Loop, Laredo, Texas 78043.  At that time of and on the occasion in question, Plaintiff was shopping when she was negligently struck by by an employee of Defendant, Wal-Mart Stores Texas, L.L.C.

Not knowing the identity of the Defendant, Wal-Mart Stores Texas, L.L.C., employee at the time of the filing of Plaintiff's Original Petition, Plaintiff designated a John Doe employee as a Defendant in said Petition.  On June 2, 2023, in their Initial Disclosures, Defendant, Wal-Mart Stores, L.L.C., provided the name of John Doe, Brian Cantu.

Accordingly, Plaintiff moves for leave to file her First Amended Complaint, filed herewith, to properly identify Defendant, John Doe as Brian Cantu.  As pointed out in

Plaintiff's Second Amended Complaint, Plaintiff believes that because Defendant, Blanca Barcenas, is a Texas citizen, the Court faces a jurisdictional defect as the parties are not completely diverse.[1]

For the foregoing reasons, Plaintiff asks the Court to grant this Unopposed Motion for Leave to File First Amended Complaint, order that the attached Plaintiff's First Amended Complaint be filed among the papers of this cause, and for such other and further relief to which Plaintiff may show herself to be justly entitled.

Respectfully submitted,

HAGOOD & KING, LLC
1520 E. Highway 6
Alvin, Texas 77511
(281) 331-5757
Fax: (281) 331-1105
e-mail: firm@h-kfirm.com

By:     /s/ John D. Woods, Jr.
RYAN KING, *Attorney in Charge*
SBN 24073263, FBN 1114926
JOHN D. WOODS, JR.
SBN 24067950, FBN 1070930
Attorneys for Plaintiffs

CERTIFICATION OF NON-OPPOSITION

Defendant Wal-Mart is unopposed to the relief sought.

/s/ John D. Woods, Jr.
John D. Woods, Jr.

---

[1] *See Flores v. Wal-Mart Stores Texas, L.L.C.*, No. CV B-16-73, 2016 WL 3794761, at *3 (S.D. Tex. June 17, 2016), *report and recommendation adopted,* No. CV B-16-073, 2016 WL 3826288 (S.D. Tex. July 12, 2016) (explaining "remand is required when a party amends its complaint, after removal, to substitute a non-diverse party for a fictitiously named defendant") (citing *Doleac ex rel. Doleac v. Michalson*, 264 F.3d 470, 477 (5th Cir. 2001).

CERTIFICATE OF SERVICE

      Pursuant to Fed. R. Civ. Proc., Rule 5, I certify that on this the 15th day of June, 2023, a true and correct copy of the foregoing Certificate of Interested Parties was forwarded to all counsel of record, by forwarding same by fascimile and/or electronic transmission as follows:

Mr. Jaime A. Saenz and Ms. Elizabeth Ferguson Herrera, Colvin, Saenz, Rodriguez & Kennamer, LLP, 1201 East Van Buren St., Brownsville, TX 78520

                                             /s/ John D. Woods, Jr.
                                               John D. Woods, Jr.